THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 James Stegall, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 
 
 

Appeal From the Administrative Law Court
 Marvin F. Kittrell, Administrative Law
Court Judge

Unpublished Opinion No.  2011-UP-234  
Submitted May 1, 2011  Filed May 19, 2011

AFFIRMED

 
 
 
 James Stegall, pro se, for Appellant.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM:  James
 Stegall appeals the Administrative Law Court's (ALC) order affirming the
 Department of Corrections's inmate disciplinary action.  He argues the ALC
 erred in holding he had waived his limited right to request witnesses.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-610(B) (Supp. 2010) (limiting reversal of an ALC decision unless
 "in violation of constitutional or statutory provisions; . . . [or] clearly
 erroneous in view of the reliable, probative, and substantial evidence on the
 whole record."); Sanford v. S.C. State Ethics Comm'n, 385 S.C. 483,
 496-97, 685 S.E.2d 600, 607 (2009) (holding that waiver is a "voluntary
 and intentional abandonment or relinquishment of a known right" and that
 the "determination of whether one's actions constitute wavier is a
 question of fact").
AFFIRMED.
HUFF,
 WILLIAMS, and THOMAS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.